UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                  Plaintiffs,              21-CV-07173 (AJN)(SN)

    -against-                              **ORDER**

RNW ELECTRIC CORP.,

                  Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 11, 2021, the Honorable Alison J. Nathan referred Plaintiffs' Petition to Confirm Arbitration to my docket for a Report & Recommendation. ECF No. 13. Plaintiffs are ORDERED to request a certificate of default no later than November 29, 2021, and thereafter file a motion for default judgment.

**SO ORDERED.**

                                                                     _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
               November 18, 2021